I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-05-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE CORCOLES, | Case No. SACV 11-0648-JSL (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| G.D. LEWIS, Warden (A), | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: April 5, 2013

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE